| | |
|---|---|
| **From:** | Patterson, Dawnelle |
| **To:** | WAWDdb_NewCasesSea |
| **Cc:** | McKay, Mike; Millstein, Aaron E.; Patterson, Dawnelle; Gould, Benee; ggore_dowdbennett.com; jbennett@dowdbennet.com; coconnell@dowdbennett.com |
| **Subject:** | Miscellaneous Case Filing - Gustavsson v. Plaintiffs in In Re Ethiopian Airlines Flight ET 302 Crash (USDC Northern Dist. of Illinois 1:19-cv-02170 (Consolidated) -- Motion to Seal and Motion to Quash |
| **Date:** | Monday, December 7, 2020 6:45:28 PM |
| **Attachments:** | Gustavsson"s Motion to Seal.pdf<br>Memorandum of Law ISO Gustavvson"s Motion to Seal.pdf<br>Dec Woodruff iso Motion to Seal (003).pdf<br>Proposed Order Granting Motion to Seal.pdf<br>Motion to Quash with Exhibit A - Subpoena.pdf<br>Motion to Quash with Exhibit A - Subpoena_Redacted.pdf<br>Proposed Order Granting Motion to Quash.pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

Good evening,

We would like to open a miscellaneous case stemming from *In re: Ethiopian Airlines Flight ET 302 Crash*, No. 19-cv-02170 (consolidated), Northern District of Illinois. We are filing a motion to quash the subpoena issued in the above-referenced action and are filing an accompanying motion to seal.

Below is a list of the documents we are seeking to file, along with a notation if the document is subject to the motion to seal and should not be publicly filed.

1. Patrik Gustavsson's Motion to Seal
2. *(Filed Under Seal)* Memorandum of Law in Support of Patrik Gustavsson's Motion to Seal
3. Declaration of Benjamin C. Woodruff in Support of Patrik Gustavsson's Motion to Seal'
4. *(Filed Under Seal)* Proposed Order Granting Motion to Seal
5. *(Filed Under Seal)* Motion to Quash or Modify Subpoena or, in the Alternative, for a Protective Order
6. (Redacted Version) Motion to Quash or Modify Subpoena or, in the Alternative, for a Protective Order
7. Proposed Order Granting Motion to Quash

Please let us know if you have any questions.

Thank you,
Dawnelle
On Behalf of Mike McKay and Aaron Millstein



**Dawnelle Patterson**
Senior Practice Assistant to
*Rob Mitchell, Mike McKay, Kari Vander Stoep and Brian Knox*
K&L Gates LLP

925 4th Ave., Suite 2900
Seattle, WA  98104-1158
Phone: 206-370-5703
Fax: 206-623-7022
dawnelle.patterson@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at dawnelle.patterson@klgates.com.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.