UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRIK GUSTAVSSON,<br><br>      Non-Party,<br><br>   v.<br><br>PLAINTIFFS IN IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, | No.: 2:20-mc-00111 RSL<br>Northern District of Illinois Case No: 1:19-cv-02170 (Consolidated)<br><br>**PATRIK GUSTAVSSON'S MOTION TO SEAL**<br><br>Note on Motion Calendar: December 18, 2020 |

Pursuant to W.D. Wash. Local Rule LCR 5(g), Patrik Gustavsson hereby moves for a protective order sealing the following documents filed by Mr. Gustavsson in this matter:

1. The Memorandum of Law in Support of This Motion;

2. The Motion to Quash or Modify;

Mr. Gustavsson further respectfully requests that all subsequent filings in this case adhere to the requirements of the proposed order to seal.  In the event that Mr. Gustavsson's request to seal is denied, Mr. Gustavsson requests that the court return the instant filings.

Respectfully submitted.

DATED this 7th day of December, 2020.

GUSTAVSSON'S MOTION TO SEAL
USDC Case No. _____

1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

K&L GATES LLP
By  s/Michael D. McKay
   Michael D. McKay, WSBA 7040
By  s/Aaron E. Millstein
   Aaron E. Millstein, WSBA #44135
By  s/Benjamin C. Woodruff
   Benjamin C. Woodruff, WSBA #56618
   K&L Gates LLP
   925 Fourth Avenue, Suite 2900
   Seattle, WA 98104
   Telephone: (206) 623-7580
   Fax: (206) 623-7022
   Mike.McKay@klgates.com
   Aaron.Millstein@klgates.com
   Ben.Woodruff@klgates.com

DOWD BENNETT LLP

By  s/James Bennett
   James Bennett (Pro Hac Vice Application Pending)
By  s/Gabriel Gore
   Gabriel Gore (Pro Hac Vice Application Pending)
By  s/Caitlin E. O'Connell
   Caitlin E. O'Connell (Pro Hac Vice Application Pending)
   Dowd Bennett LLP
   7733 Forsyth Blvd.
   Suite 1900
   St. Louis, MO 63105
   Telephone: (314) 889-7300
   Fax: (314) 863-2111
   ggore@dowdbennett.com
   jbennett@dowdbennet.com
   coconnell@dowdbennett.com

*Attorneys for Non-Party Patrik Gustavsson*

PATRIK GUSTAVSSON'S MOTION TO SEAL
USDC Case No.

2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022