1
2
3
4
5
6

The Honorable Robert S. Lasnik

7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  PATRIK GUSTAVSSON,

10         Non-Party,

11     v.

12  PLAINTIFFS IN IN RE: ETHIOPIAN
    AIRLINES FLIGHT ET 302 CRASH,
13
14

No.: 2:20-mc-00111-RSL
Northern District of Illinois Case No:
1:19-cv-02170 (Consolidated)

**REPLY IN SUPPORT OF PATRIK GUSTAVSSON'S MOTION TO SEAL**

Note on Motion Calendar: December 18, 2020

REPLY IN SUPPORT OF PATRIK GUSTAVSSON'S
MOTION TO SEAL
USDC Case No. 2:20-mc-00111 RSL
503942168 v2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

**REPLY**

No party has filed any objection to Non-Party Patrik Gustavsson's Motion to Seal, which is noted for consideration on December 18, 2020.  A copy of the Motion to Seal was served on December 8, 2020, and any objection to the Motion to Seal was due on December 16, 2020.  Pursuant to Local Court Rule 7(b)(2), "[e]xcept for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit."  Accordingly, the Court should construe the lack of any opposition to the Motion to Seal to an admission that the motion has merit and grant Mr. Gustavsson's Motion to Seal for the reasons set forth in the motion.

Respectfully submitted.

DATED this 18th day of December, 2020.

REPLY IN SUPPORT OF PATRIK GUSTAVSSON'S MOTION TO SEAL - 2
USDC Case No. 2:20-mc-00111 RSL
503942168 v2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

K&L GATES LLP
By  s/Michael D. McKay
Michael D. McKay, WSBA 7040
By  s/Aaron E. Millstein
Aaron E. Millstein, WSBA #44135
By  s/Benjamin C. Woodruff
Benjamin C. Woodruff, WSBA #56618
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Fax: (206) 623-7022
Mike.McKay@klgates.com
Aaron.Millstein@klgates.com
Ben.Woodruff@klgates.com

DOWD BENNETT LLP

By  s/James Bennett
James Bennett (Pro Hac Vice Application Pending)
By  s/Gabriel Gore
Gabriel Gore (Pro Hac Vice Application Pending)
By  s/Caitlin E. O'Connell
Caitlin E. O'Connell (Pro Hac Vice Application Pending)
Dowd Bennett LLP
7733 Forsyth Blvd.
Suite 1900
St. Louis, MO 63105
Telephone: (314) 889-7300
Fax: (314) 863-2111
ggore@dowdbennett.com
jbennett@dowdbennet.com
coconnell@dowdbennett.com

*Attorneys for Non-Party Patrik Gustavsson*

REPLY IN SUPPORT OF PATRIK GUSTAVSSON'S MOTION TO SEAL — 3
USDC Case No. 2:20-mc-00111 RSL
503942168 v2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

# DECLARATION OF SERVICE

Benita G. Gould states and declares:

1. I am a citizen of the United States and of the State of Washington, living and residing in King County over the age of 21 years, not a party to the above-entitled action and competent to be a witness.

2. On December 18, 2020, I served a true and correct copy of the forgoing document by email to Plaintiff's counsel at the email addresses shown below:

Kevin P. Durkin
kpd@cliffordlaw.com

Tracy A. Brammeier
TAB@cliffordlaw.com

Clifford Law Offices
120 North LaSalle Street, 31st Floor
Chicago, IL  60602
*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 18th day of December, 2020 at Seattle, Washington.

　　　　　　　　　　　　　　　　　　　　*/s/ Benita G. Gould*
　　　　　　　　　　　　　　　　　　　　Benita G. Gould, Sr. Practice Assistant

---

REPLY IN SUPPORT OF PATRIK GUSTAVSSON'S
MOTION TO SEAL
USDC Case No. 2:20-mc-00111 RSL
503942168 v2

4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022