UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| PATRIK GUSTAVSSON<br><br>v.<br><br>PLAINTIFFS IN IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, | Case No. 2:20-mc-00111-RSL<br><br>MOTION TO SEAL SURREPLY TO PATRIK GUSTAVSSON'S REPLY IN SUPPORT OF HIS MOTION TO SEAL<br><br>NOTED ON MOTION CALENDAR: FRIDAY, DECEMBER 18, 2020 |
|---|---|

Pursuant to W.D. Wash. Local Rule LCR 5(g), Plaintiffs in In re: Ethiopian Airlines Flight ET 302 Crash ("Plaintiffs") move this Court for an order sealing Plaintiffs' Surreply to Patrik Gustavsson's Reply In Support of His Motion to Seal.

Plaintiffs' Surreply contains information about a witness he has asserted as confidential that cannot be avoided to make proper argument. Therefore, to preserve his rights pending this Court's decision, Plaintiffs' Surreply is appropriately filed under seal.

A redacted version of the Surreply in question is being filed contemporaneously, without seal.

RESPECTFULLY SUBMITTED this 21st day of December, 2020.

SCHROETER GOLDMARK & BENDER

/s/ Alisa Brodkowitz
Alisa Brodkowitz, WSBA 31749
810 Third Avenue, Suite 500
Seattle, Washington 98104
Telephone: (206) 622-8000
Facsimile: (206) 682-2305
alisa@sgb-law.com

*Attorney for Plaintiffs in In re: Ethiopian Airlines Flight ET 302 Crash*

## CERTIFICATE OF SERVICE

I hereby certify that on the below date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. McKay<br>Aaron E. Millstein<br>Benjamin C. Woodruff<br>K&L Gates LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Telephone: (206) 623-7580<br>Fax: (206) 623-7022<br>Mike.McKay@klgates.com<br>Aaron.Millstein@klgates.com<br>Ben.Woodruff@klgates.com | James Bennett<br>Gabriel Gore<br>Caitlin E. O'Connell<br>Dowd Bennett LLP<br>7733 Forsyth Blvd. Suite 1900<br>St. Louis, MO 63105<br>Telephone: (314) 889-7300<br>Fax: (314) 863-2111<br>ggore@dowdbennett.com<br>jbennett@dowdbennett.com<br>coconnell@dowdbennett.com |

DATED this 21st day of December, 2020, at Seattle, Washington.

/s/ Robin B. Keller
Robin B. Keller, Paralegal
SCHROETER GOLDMARK BENDER
810 Third Avenue, Suite 500
Seattle, Washington 98104
Phone: 206-312-4576
Fax: 206-682-2305
Email: keller@sgb-law.com