# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PATRIK GUSTAVSSON<br><br>v.<br><br>PLAINTIFFS IN IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, | Case No. 2:20-mc-00111-RSL<br><br>SURREPLY TO PATRIK GUSTAVSSON'S REPLY IN SUPPORT OF HIS MOTION TO SEAL<br><br>**REDACTED**<br><br>NOTED ON MOTION CALENDAR: FRIDAY, DECEMBER 18, 2020 |

## I. RELIEF REQUESTED

COME NOW the Plaintiffs in In re: Ethiopian Airlines Flight ET 302 Crash and respectfully submit their Surreply to Patrik Gustavsson's Reply In Support of His Motion to Seal to strike the statement that Plaintiffs acknowledge merit to his Motion and that it goes unopposed. To be clear, Plaintiffs believe there are public interest issues present in Gustavsson's motion to quash outweighing his private concerns, and the Motion to Seal must be denied.

## II. ARGUMENT AND AUTHORITY

The Motion to Seal was originally noticed to be heard with the Motion to Quash or Modify Subpoena (Dkt. # 2 at p. 1). The Motion to Quash or Modify Subpoena was then renoticed to January 8, 2021 (Dkt. # 5 at p. 1); however, Plaintiffs mistook this to mean both Motions were renoticed to January 8, 2021, to be presented together, and therefore did not file a

MOTION TO SEAL SURREPLY TO PATRIK GUSTAVSSON'S REPLY IN SUPPORT OF HIS MOTION TO SEAL -    1
Case No. 2:20-mc-00111-RSL
Surreply REDACTED

SCHROETER, GOLDMARK & BENDER
810 Third Avenue ● Suite 500 ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

response to the Motion to Seal on December 16. However, the movant's assertion that "the Court should construe the lack of any opposition to the Motion to Seal to an admission that the motion has merit" is incorrect and must be stricken, as Plaintiffs oppose the Motion for the following reasons:

"There is a strong presumption of public access to the court's files." LCR 5(g). The primary reason offered for sealing is that ███████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████. Plaintiffs oppose this reason as being without merit.

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████.
███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

_____

[1]
███████████████████████████████████████████
█████████████████████████

MOTION TO SEAL SURREPLY TO PATRIK
GUSTAVSSON'S REPLY IN SUPPORT OF HIS
MOTION TO SEAL -   2
Case No. 2:20-mc-00111-RSL
Surreply REDACTED

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | |
|---|---|
| 1 | ███████████████████████████████████ |
| 2 | ███████████████████████████████████ |
| 3 | ███████████████████████████████████ |
| 4 | ███████████████████████████████████ |
| 5 | ███████████████████████████████████ |
| 6 | ██ |
| 7 | ████████████████████████████████ |
| 8 | ██████████████████████████████ |
| 9 | ██████████████████████████████████ |
| 10 | ███████████████████████████████████ |
| 11 | ██████████ |

Wherefore, Plaintiffs request this Court strike the statements in Gustvasson's Reply that his motion is unopposed and that Plaintiffs agree it has merit; to the contrary, as set forth herein it is Plaintiffs' position the Motion to Seal must be denied.

DATED this 21st day of December, 2020.

SCHROETER GOLDMARK & BENDER

/s/ Alisa Brodkowitz
Alisa Brodkowitz, WSBA 31749
810 Third Avenue, Suite 500
Seattle, Washington 98104
Telephone: (206) 622-8000
Facsimile: (206) 682-2305
alisa@sgb-law.com

*Attorney for Plaintiffs in In re: Ethiopian Airlines Flight ET 302 Crash*

---

2 ████████████████████████████████████
████████████████████████████████████
████████████████████████████████

MOTION TO SEAL SURREPLY TO PATRIK
GUSTAVSSON'S REPLY IN SUPPORT OF HIS
MOTION TO SEAL -     3
Case No. 2:20-mc-00111-RSL
Surreply REDACTED

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# **CERTIFICATE OF SERVICE**

I hereby certify that on the below date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. McKay | James Bennett |
| Aaron E. Millstein | Gabriel Gore |
| Benjamin C. Woodruff | Caitlin E. O'Connell |
| K&L Gates LLP | Dowd Bennett LLP |
| 925 Fourth Avenue, Suite 2900 | 7733 Forsyth Blvd. Suite 1900 |
| Seattle, WA 98104 | St. Louis, MO 63105 |
| Telephone: (206) 623-7580 | Telephone: (314) 889-7300 |
| Fax: (206) 623-7022 | Fax: (314) 863-2111 |
| Mike.McKay@klgates.com | ggore@dowdbennett.com |
| Aaron.Millstein@klgates.com | jbennett@dowdbennett.com |
| Ben.Woodruff@klgates.com | coconnell@dowdbennett.com |

DATED this 21st day of December, 2020, at Seattle, Washington.

*/s/ Robin B. Keller*
Robin B. Keller, Paralegal
SCHROETER GOLDMARK BENDER
810 Third Avenue, Suite 500
Seattle, Washington 98104
Phone: 206-312-4576
Fax: 206-682-2305
Email: keller@sgb-law.com

MOTION TO SEAL SURREPLY TO PATRIK GUSTAVSSON'S REPLY IN SUPPORT OF HIS MOTION TO SEAL - 4
Case No. 2:20-mc-00111-RSL
Surreply REDACTED

SCHROETER, GOLDMARK & BENDER
810 Third Avenue ● Suite 500 ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305