UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRIK GUSTAVSSON,

             Plaintiff,

    v.

PLAINTIFFS IN IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH,

             Defendants.

Case No. MC20-0111RSL

ORDER

      On December 7, 2020, plaintiff filed a motion to quash or modify subpoena and a related motion to seal. Plaintiffs in the underlying litigation have filed an opposition to the motion to seal. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

      Dated this 22nd day of December, 2020.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER