UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRIK GUSTAVSSON<br><br>v.<br><br>PLAINTIFFS IN IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, | Case No. 2:20-cv-01834 BJR<br><br>**EXHIBIT 2**<br><br>**To PLAINTIFFS' RESPONSE** TO PATRIK GUSTAVSSON'S MOTION TO QUASH OR MODIFY SUBPOENA, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER<br><br>**REDACTED**<br><br>NOTED ON MOTION CALENDAR: FRIDAY, JANUARY 8, 2021 |

**EXHIBIT 2**

**To**

**PLAINTIFFS' RESPONSE IN OPPOSITION TO PATRIK GUSTAVSSON'S MOTION TO QUASH OR MODIFY SUBPOENA, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

Enclosed is the second exhibit to Plaintiffs' Response, filed redacted as docket #22 and under seal as docket #23. This exhibit is filed under seal, pursuant to the Motion to Seal at #21. The contents of the exhibit are as follows:

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ (1 page); and

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ (2 pages).

Ex 2 to RESPONSE TO PATRIK GUSTAVSSON'S MOTION
TO QUASH -   1
Case No. 2:20-cv-1834 BJR

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

## CERTIFICATE OF SERVICE

I hereby certify that on the below date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael D. McKay
Aaron E. Millstein
Benjamin C. Woodruff
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Fax: (206) 623-7022
Mike.McKay@klgates.com
Aaron.Millstein@klgates.com
Ben.Woodruff@klgates.com

James Bennett
Gabriel Gore
Caitlin E. O'Connell
Dowd Bennett LLP
7733 Forsyth Blvd. Suite 1900
St. Louis, MO 63105
Telephone: (314) 889-7300
Fax: (314) 863-2111
ggore@dowdbennett.com
jbennett@dowdbennett.com
coconnell@dowdbennett.com

DATED this 31st day of December, 2020, at Seattle, Washington.

                                 /s/ Robin B. Keller
                                 Robin B. Keller, Paralegal
                                 SCHROETER GOLDMARK BENDER
                                 810 Third Avenue, Suite 500
                                 Seattle, Washington 98104
                                 Phone: 206-312-4576
                                 Fax: 206-682-2305
                                 Email: keller@sgb-law.com