# EXHIBIT 2







2